



# MEMORANDUM OPINION

No. 04-10-00559-CV

Kimberly G. **RANZAU**,
Appellant

v.

Joe G. **RANZAU**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 09-159-CCL
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  November 17, 2010

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM